JESSE I. STONE, Respondent, *v.* EARNEST R. ECKLEY, Appellant.

*Contract — tender — action to recover for breach of contract — sufficiency of tender.*

*Stone* v. *Eckley,* 206 App. Div. 720, affirmed.

(Submitted October 7, 1924; decided October 21, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 14, 1923, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for an alleged breach of contract whereby upon delivery to him of certain bonds the defendant agreed to pay to plaintiff a certain sum of money. The defendant contended that tender of the bonds was not made within the required time.

*Alfred R. Page* and *Simon Sultan* for appellant.

*Henry Hirschberg* and *J. R. Thompson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.